189 So. 81 .

## KENNEDY v. STATE.

### 6 Div. 421.

Supreme Court of Alabama.

May 18, 1939.

———◆———

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BOULDIN, Justice.

Tom Kennedy was indicted, tried and convicted in the Circuit Court of Jefferson County, Bessemer Division, for the offense of robbery, and his punishment fixed at imprisonment in the penitentiary for twenty-five years.

The appeal is upon the record, without bill of exceptions. No error appearing in the record, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.